# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

## PUBLIC JUDGMENT ALERT

DATE:       January 16, 2019

TO:          Clerk of the District and County Courts;
               County Clerk;
               U.S. District Court Deputy; and
               U.S. Dept. of Justice

FROM:     Lisa M. Holt, Assistant Disciplinary Counsel
               Dallas/Fort Worth Regional Office

RE:          Judgment Results

The following sanction has been entered against the Respondent attorney:

| RESPONDENT and BAR NO. & DATE JUDGMENT ENTERED | CASE NO. CAUSE NO. | DISTRICT COURT NO. | SANCTION & EFFECTIVE DATE | RULE VIOLATIONS |
|---|---|---|---|---|
| Scottie Allen<br><br>01058020<br><br>December 28, 2019 | 201703344 | N/A | Judgment of Partially Probated Suspension<br><br>**Suspended Dates:**<br>April 1, 2019 –<br>May 31, 2019<br><br>**Probated Dates:**<br>June 1, 2019 –<br>May 31, 2021 | 8.04(a)(8) |

If you wish to receive a copy of the above-referenced judgment, please contact this office.

The Princeton, 14651 Dallas Parkway, Suite 925, Dallas, Texas 75254
Telephone: (972) 383-2900, Facsimile: (972) 383-2935

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

## PUBLIC JUDGMENT ALERT

DATE: January 16, 2019

TO: Clerk of the District and County Courts;
County Clerk;
U.S. District Court Deputy; and
U.S. Dept. of Justice

FROM: Lisa M. Holt, Assistant Disciplinary Counsel
Dallas/Fort Worth Regional Office

RE: Judgment Results

The following sanction has been entered against the Respondent attorney:

| RESPONDENT and BAR NO. & DATE JUDGMENT ENTERED | CASE NO. CAUSE NO. | DISTRICT COURT NO. | SANCTION & EFFECTIVE DATE | RULE VIOLATIONS |
|---|---|---|---|---|
| Scottie Allen<br><br>01058020<br><br>January 3, 2019 | 201700907 | N/A | Judgment of Partially Probated Suspension<br><br>Suspended Dates:<br>April 1, 2019 – September 30, 2019<br><br>Probated Dates:<br>October 1, 2019 – September 30, 2023 | 1.01(b)(1)<br>1.03(a)<br>8.04(a)(8) |

If you wish to receive a copy of the above-referenced judgment, please contact this office.

The Princeton, 14651 Dallas Parkway, Suite 925, Dallas, Texas 75254
Telephone: (972) 383-2900, Facsimile: (972) 383-2935