# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | § | |
|---|---|---|
| **IN RE: SCOTTIE ALLEN** | § | **3:19-mc-00008-b** |
| | § | |

## SUPPLEMENTAL RESPONSE TO SHOW CAUSE ORDER

**COMES NOW,** Scottie Allen by and through his attorney of record Russell Wilson II and files this his supplemental response to the Court's January 22, 2019 show cause order and order of March 8, 2019. The March 8, 2019 order specifically requires that the response show why this Court should not impose a reciprocal sanction under Local Rule 57.8 (a) and (h). The respondent and would show the Court as follows:

### I.

Pursuant to Local Rule 57.8 (h)(2) Mr. Allen does not oppose reciprocal discipline.

Respectfully submitted,

Russell Wilson
SBN 00794870
1910 Pacific Ave #15100
Dallas, Texas 75201
(469) 573-0211


By: **/S/ Russell Wilson II**
    Russell Wilson II
    State Bar No. 00794870
    Attorney for **Scottie Allen**